B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Visual Management Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Wildon Productions, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**68-0634458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1000 Industrial Way North, Suite C**<br>**Toms River, NJ**<br><div align="right">ZIP Code<br>**08755**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $10 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Visual Management Systems, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Visual Management Systems, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Morris S. Bauer, Esq.
Signature of Attorney for Debtor(s)

**Morris S. Bauer, Esq.**
Printed Name of Attorney for Debtor(s)

**Norris, McLaughlin & Marcus, PA**
Firm Name

**721 Route 202-206**
**Bridgewater, NJ 08807**

_____

Address

**908-722-0700  Fax: 908-722-0755**
Telephone Number

**November 8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jason Gonzalez
Signature of Authorized Individual

**Jason Gonzalez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### District of New Jersey

In re    **Visual Management Systems, Inc.**
_____
Debtor

Case No. _____

Chapter_____**11**_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**0001284453**_____.

2. The following financial data is the latest available information and refers to debtor's condition on ___**11/1/10**_____.

   a. Total assets                                                                $         **273,000.00**

   b. Total debts (including debts listed in 2.c.,below)             $     **12,248,894.00**

   c. Debt securities held by more than 500 holders.

|  |  |  |  | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

   d. Number of shares of preferred stock                  **521**            **50**

   e. Number of shares of common stock            **164,293,292**            **185**

   Comments, if any:
   **Amounts are on a consolidated basis for VMS, Inc. and its subsidiaries, VMSH, Inc., VMS, LLC and IDPG, LLC, all of which have filed a chapter 11 proceeding simultaneously herewith.**
   **The number of shareholders referenced above does not include those individuals whose shares are recorded with Cede & Company.**

3. Brief description of debtor's business:
   **Provides electronic security solutions to businesses, governmental entities and individuals through the design, manufacture, sale and installation of digital surveillance systems.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **None**

I, **W. Geoffrey Martin**, the Secretary of **VISUAL MANAGEMENT SYSTEM, INC. (VMS, Inc.")**, a corporation of the State of Nevada, hereby certify that at a Special Meeting of the Board of Directors of said corporation being held on the 21st day of October, 2010 in accordance with the By-Laws of said corporation, the directors consented to the following resolution:

Whereas, it is in the best interest of **VMS, Inc.** and its wholly owned subsidiary, **Visual Management Systems Holding, Inc. ("VMSH, Inc.")** and its wholly owned subsidiaries, **Visual Management Systems, LLC and Intelligent Product Development Group, LLC (collectively with VMS, Inc. and VMSH, Inc. herein after referred to as the "Companies")** to each file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jason Gonzalez, Chief Executive Officer of the Companies, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Companies; and

Be It Further Resolved, that Jason Gonzalez, Chief Executive Officer of the Companies is authorized and directed to appear in all bankruptcy proceedings on behalf of the Companies, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Companies in connection with such bankruptcy case, and

Be It Further Resolved, that Jason Gonzalez, Chief Executive Officer of the Companies, is authorized and directed to employ the law firm of Norris McLaughlin & Marcus, P.A. to represent the Companies in such bankruptcy case.

Be It Further Resolved, that Jason Gonzalez, Chief Executive Officer of the Companies, is authorized and directed to employ the law firm of Giordano, Halleran & Ciesla to represent the corporation as Special Corporate Counsel in such bankruptcy case.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 8th day of November, 2010.

W. Geoffrey Martin, Secretary

The above is a true copy of the Minutes of a Special Meeting held by the Board of Directors of the above named company the day and year stated above.

W. Geoffrey Martin, Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Visual Management Systems, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Intelligent Digital Systems, LLC**<br>**c/o Russ & Russ, P.C.**<br>**543 Broadway**<br>**Massapequa, NY 11758** | **Intelligent Digital Systems, LLC**<br>**c/o Russ & Russ, P.C.**<br>**543 Broadway**<br>**Massapequa, NY 11758** | | **Disputed** | **1,833,341.65** |
| **Russ and Russ PC Pension Plan**<br>**543 Broadway**<br>**Massapequa, NY 11758** | **Russ and Russ PC Pension Plan**<br>**543 Broadway**<br>**Massapequa, NY 11758** | | **Disputed** | **326,370.18** |
| **Jay Russ**<br>**c/o Russ & Russ, P.C.**<br>**543 Broadway**<br>**Massapequa, NY 11758** | **Jay Russ**<br>**c/o Russ & Russ, P.C.**<br>**543 Broadway**<br>**Massapequa, NY 11758** | | **Disputed** | **304,144.17** |
| **Owen Provost**<br>**1704 Mills St.**<br>**Scott, LA 70583** | **Owen Provost**<br>**1704 Mills St.**<br>**Scott, LA 70583** | | | **119,988.94** |
| **Joel & Eileen Brody**<br>**1224 Devonshire**<br>**Buffalo Grove, IL 60089** | **Joel & Eileen Brody**<br>**1224 Devonshire**<br>**Buffalo Grove, IL 60089** | | | **95,254.52** |
| **Isadore Feldman**<br>**7300 Radice Ct.**<br>**Lauderhill, FL 33319** | **Isadore Feldman**<br>**7300 Radice Ct.**<br>**Lauderhill, FL 33319** | | | **58,811.12** |
| **James McNeill**<br>**1 Lessing Road**<br>**West Orange, NJ 07052** | **James McNeill**<br>**1 Lessing Road**<br>**West Orange, NJ 07052** | | | **54,694.44** |
| **Steve & Ilyce Zolloto**<br>**830 Timber Hill**<br>**Highland Park, IL 60035** | **Steve & Ilyce Zolloto**<br>**830 Timber Hill**<br>**Highland Park, IL 60035** | | | **50,238.11** |
| **Warren Gilbert**<br>**1800 NE 114th St., #2110**<br>**Miami, FL 33181** | **Warren Gilbert**<br>**1800 NE 114th St., #2110**<br>**Miami, FL 33181** | | | **50,000.00** |
| **Charles Brusco**<br>**405 Green Island Road**<br>**American Canyon, CA 74503** | **Charles Brusco**<br>**405 Green Island Road**<br>**American Canyon, CA 74503** | | | **43,851.85** |
| **Elaine Brody**<br>**1224 Devonshire Road**<br>**Buffalo Grove, IL 60089** | **Elaine Brody**<br>**1224 Devonshire Road**<br>**Buffalo Grove, IL 60089** | | | **10,370.19** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Visual Management Systems, Inc.**                                   Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Shelby R. Babineaux**<br>**PO Box 364**<br>**Cade, LA 70501** | **Shelby R. Babineaux**<br>**PO Box 364**<br>**Cade, LA 70501** | | | **10,069.04** |
| **Robert A. Lecky, Jr., Ashley T. Lecky**<br>**406 N. Sterling St.**<br>**Lafayette, LA 70501** | **Robert A. Lecky, Jr., Ashley T. Lecky**<br>**406 N. Sterling St.**<br>**Lafayette, LA 70501** | | | **7,532.05** |
| **Mr. & Mrs. William B. Babineaux**<br>**115 Weco Lane**<br>**Broussard, LA 70518** | **Mr. & Mrs. William B. Babineaux**<br>**115 Weco Lane**<br>**Broussard, LA 70518** | | | **6,041.42** |
| **Robert Russell Jr.**<br>**1006 St. Helena Dr.**<br>**Leander, TX 78641** | **Robert Russell Jr.**<br>**1006 St. Helena Dr.**<br>**Leander, TX 78641** | | | **5,124.93** |
| **William B. Babineaux**<br>**115 Weco Lane**<br>**Broussard, LA 70518** | **William B. Babineaux**<br>**115 Weco Lane**<br>**Broussard, LA 70518** | | | **5,080.55** |
| **Jerry G. Goldsmith**<br>**5225 No. Bay Road**<br>**Miami Beach, FL 33140** | **Jerry G. Goldsmith**<br>**5225 No. Bay Road**<br>**Miami Beach, FL 33140** | | | **402.74** |
| **Joseph Allen Martha**<br>**3365 Robert Burns Drive**<br>**Richfield, OH 44386** | **Joseph Allen Martha**<br>**3365 Robert Burns Drive**<br>**Richfield, OH 44386** | | | **379.73** |
| **Dr. John Maurer**<br>**3010 North Course Dr., Apt. 209**<br>**Pompano Beach, FL 33069** | **Dr. John Maurer**<br>**3010 North Course Dr., Apt. 209**<br>**Pompano Beach, FL 33069** | | | **360.00** |
| **Philip & Arlene Epstein**<br>**8 Teal Ct.**<br>**Marlboro, NJ 07746** | **Philip & Arlene Epstein**<br>**8 Teal Ct.**<br>**Marlboro, NJ 07746** | | | **359.01** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 8, 2010**                Signature  **/s/ Jason Gonzalez**
                                                                 **Jason Gonzalez**
                                                                 **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Visual Management Systems, Inc.**

_____
Debtor(s)

Case No. _____

Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  8, 2010**    _____

/s/ Jason Gonzalez

**Jason Gonzalez/President**
Signer/Title

ADAM BRODY & lisa brody jtwros
320 FAIRVIEW LANE
DEERFIELD, IL 60015


Adam H. Friedman, Esq.
Olshan Grundman Frome et al
Park Avenue Tower
65 East 55th Street
New York, NY 10022


ADRIA BABINEAUX
115 WECO LN
BROUSSARD, LA 70518


ALEXANDER LOVE
55 POWELL ST
VANCOUVER BC CANADA V6A 1E9
CANADA
FOREIGN, ZZ


ALISON GAITA
1800 NORTHEAST 114TH ST
APT 1503
NORTH MIAMI, FL 33181


ALLAN CAPPO
220 40E HASTINGS
VANCOUVER BC CANADA V6A 1N1
CANADA
FOERIGN, ZZ


ALLISON GAITA
16 STUART AVE
SHIRLEY, NY


ANDREE L NAQUIN
213 ARNOULD BLVD
LAFAYETTE, LA 70506


ANTHONY ESPER
2055 PINEHURST TRAIL
TRAVERSE CITY, MI 49686


ARLINE LEDET
309 LARUE CHRIST ROI
CAREBCRO, LA 70520

BARBARA GOLDSMITH
5225 NORTH BAY ROAD
MIAMI BEACH, FL 33140


BETH PIETI & TODD PIETI JTWROS
1519 N BOSWORTH #1
CHICAGO, IL 60642


Blackketter Rentals
5451 S. Leonard Springs Rd
Bloomington, IN 47403


BRADLEY NAPINAK
7502 142ND ST
SURREY BC V3W 6V8
CANADA
FOREGN, ZZ


BRIAN FREY
17 RUSSET LANE
LEVITTOWN, PA 19055


BRIAN MCDONOUGH & SUSAN MCDONOUGH JTWROS
134 JOHNSON LANE
PARLIN, NJ 08859


BRIAN R FREY
231 LAKESIDE DR
LEVITTOWN, PA 19054


BRIAN WHITNEY
8676 OAK ST #2
VANCOUVER BC CANADA V6P 4B3
CANADA
FOREIGN, ZZ


BRYAN COHEN
8144 CASTLE STONE DR
MINT HILL, NC 28227


CALVIN WOMACK
410 RIDGE TRACE
SAN ANTONIO, TX 78258

Carlton Ettlinger
719 Sinclair Ave
Staten Island, NY 10312


CAROLINE GONZALEZ
600 MONROE AVENUE
WHITING, NJ 08759


CEDE & CO
P O BOX 222
BOWLING GREEN STATION
NEW YORK, NY 10274


CHAD M TOUPS
218 VINCENT RD
LAFAYETTE, LA 70508


Chad M. & Deidre Toups
218 Vincent Road
Lafayette, LA 70508


CHAD WEAVER & LAURA WEAVER JTWROS
105 WOODSBORO DR
LAFAYETTE, LA 70508


Charles Brusco
405 Green Island Road
American Canyon, CA 74503


CHARLES CARUSO
611 SW 178TH WAY
PEMBORKE PINES, FL 33029


Charles Caruso Jr
611 SW 178 Way
Pembroke Pines, FL 33029


Chester Bergeron
1879 Cypress Island Hwy.
St. Martinville, LA 70582


CHRISTINE SHEPPARD
8216 KIAWAH TRACE
PORT ST LUCIE, FL 34986

CONUNDRUM CAPITAL LLC
C/O JORDAN D SERLIN
17076 BOCA CLUB BLVD STE 5
BOCA RATON, FL 33487


CYNTHIA ELWELL
303 TIMBER CREEK
LAFAYETTE, LA 70506


Dale Coon
105 Woodsboro Dr.
Lafayette, LA 70508


DANIEL O'SULLIVAN
31 B YENNICOCK AVE
PORT WASHINGTON, NY 11050


DANIEL SEIDEL
2223 ROBLEY DR
LAFAYETTE, LA 70503


DAVID GOLDEN
17211 TIMBER CLIFF CT
rtd vmsi stock 7 12 10
CYPRESS, TX 77429


David J. Golden, Nicole R. Golden
17211 Timber Cliff Ct.
Cypress, TX 77429


DIONNE PARKER
306 KIM DR
LAFAYETTE, LA 70503


DONALD TYLER IRA
864 ISLAND POINT
CHAPIN, SC 29036


DOUG CONE
PO BOX 16785
WEST PALM EACH, FL 33416


DOUGLAS J COMEAUX
204 CANE DR
LAFAYETTE, LA 70508

Dr. John Maurer
3010 North Course Dr., Apt. 209
Pompano Beach, FL 33069


EDWARD MOLLA & VIVIAN MOLLA JTTEN
FREIGN
FOREIGN, ZZ


Elaine Brody
1224 Devonshire Road
Buffalo Grove, IL 60089


ELAINE BRODY SEP IRA
1224 DEVONSHIRE ROAD
BUFFALO GROVE, IL 60089


Elizabeth Eaton
7 Peachtree Lane
Greer, SC 29651


ELIZABETH MAY
370 MARIN BLVD
JERSEY CITY, NJ 07302


ELLA M HURLEY
2925 OAK PARK CIRLE DR
DAVIE, FL 33328


Ella Margaret Hurley
2925 Oak Park Cir
Davie, FL 33328


Enable Growth Partners LP
Attn: Mitch Levine
One Ferry Bldg., Suite 255
San Francisco, CA 94111


Enable Opportunity Partners LP
Attn: Mitch Levine
One Ferry Building, Suite 255
San Francisco, CA 94111


ERNA COHEN
145 GRANDE WOODLANDS WAY
TOMS RIVER, NJ 08755

EUGENE A DIPAOLO
14470 CABARRUS STATION RD
UPDTD ADD 5 29 09
MIDLAND, NC 28107


EUGENE J PATIN JR
PO BOX 82465
LAFAYETTE, LA 70598


EVA PROVOST
1704 MILLS ST
SCOTT, LA 70583


EVGENY DUDKIN
126-6525 TELFORD AVE
BURNABY BC V5H 2J9
CANADA
FOREIGN, ZZ


FANNED SEIDEL JR
2223 ROBLEY DR
LAFAYETTE, LA 70503


Fanned Seidel, Jr., Suzanne S. Seidel
2223 Robley Dr.
Lafayette, LA 70503


Fay & Mary Louise Davis
15188 Oakland Ave
Winter Garden, FL 34787


FAY DAVIS
15188 OAKLAND AVE
WINTER GARDEN, FL 34787


Faye Davis
15189 Oakland Ave
Winter Garden, FL 34787


FHR CAPITAL
2000 PALM BEACH LAKES BLVD STE 1003
WEST PALM BEACH, FL 33409

FLOYD J DOMINGUE JR.
529 ESPLANDE DR.
LAFAYETTE, LA 70508


FRANK HORKEY & DONNA HORKEY TEN ENT
10340 SW 16TH PLACE
rtnd vmsi 6/3/09
REMLD VMSI 7 1 09
DAVIE, FL 33324


GILDER FUNDING CORP
1800 NE 114TH ST SUITE 2110
MIAMI, FL 33181


GLENDA YOUNG
P O BOX 24
YOUNGSVILLE, LA 70592


GREG DRYER
558 LIME ROCK RD
LIME ROCK, CT 06039


GREG LAIL
1544 SAVOY RD
YOUNGSVILLE, LA 70592


Greg Lail, LLC
1544 Savoy Road
Youngsville, LA 70592


HCC Surety Group
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045


HEALTH CAREER PLACEMENT SOLUTIONS 401(K)
415 WINDING LANE
CHALFONT, PA 18914


HILTON DALE COON
105 WOODSBORO DR
LAFAYETTE, LA 70508

IGOR ANDREIKO
7274 12TH AVE
BURNABY BC V3M 2J7
FOREIGN, ZZ


Intelligent Digital Systems, LLC
c/o Russ & Russ, P.C.
543 Broadway
Massapequa, NY 11758


Ira Levin, Esq.
320 Northern Boulevard, Suite 14
Great Neck, NY 11021


Isaac McCullough
18 Waters Ave.
Greenville, SC 29605


ISADORE DANNENBERG
10581 TROPICAL BREEZE LANE
**ADDRESS UPDTD 12-28-09**
BOYNTON BEACH, FL 33437


Isadore Feldman
7300 Radice Ct.
Lauderhill, FL 33319


JACK L CORMIER
118 ALONDA DR.
LAFAYETTE, LA 70503


JACOB LAMONSOFF
9023 2ND ST
LEVITTOWN, PA 19054


JAFE GONZALEZ & CARMEN GONZALEZ JTTEN
FORIGN
FOREGN, ZZ


JAMES H GIRARD
3612 SUNSET AVE
ALLENTOWN, PA

JAMES HUGHES & HERESA HUGHES JTWROS
1901 HIGHWAY 539
WHITING, NJ 08759


James McNeill
1 Lessing Road
West Orange, NJ 07052


Jane Hawkins
7 Peachtree Lane
Greer, SC 29651


JASON GONZALEZ
600 MONROE AVENUE
WHITING, NJ 08759


JASON GONZALEZ & CAROLINE H GONZALEZ JTW
600 MONROE AVE
MANCHESTER, NJ 08759


JASON WEAVER & LAURA WEAVER JTWROS
105 WOODSBORO DR
LAFAYETTE, LA 70508


Jay Russ
c/o Russ & Russ, P.C.
543 Broadway
Massapequa, NY 11758


JEFF VEIGEL
1424 WEST 28TH STREET
MINNEAPOLIS, MN 55408


JEFFREY DUNN JR
102 PARKVIEW DR
rtd vmsi 9 3 08
UPDTD ADD 12 7 09 REG MAIL VMSI
LAFAYETTE, LA 70503


JEFFREY GRANTZ & HELENE GRANTZ JTWROS
104 SAINT CLOUD LANE
BOCA RATON, FL 33431

JEFFREY HAYES & MERYL HAYES JTTEN
76-35 113TH STREET
APT 3F
FOREST HILLS, NY 11375


JEFFREY KATZ
7 FILMONT DRIVE
NEW CITY, NY 10956


JENNIFER JONES
405 425 12TH ST
NEW WESTMINSTER BC V3M 4H7
CANADA
FOREIGN, ZZ


JENNIFER KOLESER
421 ELIZABETH AVE
TOMS RIVER, NJ 08753


Jerry G. Goldsmith
5225 No. Bay Road
Miami Beach, FL 33140


JERRY GOLDSMITH
5225 NORTH BAY ROAD
MIAMI BEACH, FL 33140


JERRY RANS
4160 SUMMERHILL
BRIGHTON, MI 48118


JOCHEN HEINZ WEIGELT
1565 DUNCAN DR
DELTA BC CANAD AV4L 1R7
CANADA
FOREIGN, ZZ


Joel & Eileen Brody
1224 Devonshire
Buffalo Grove, IL 60089


JOEL BRODY IRA
1224 DEVONSHIRE ROAD
BUFFALO GROVE, IL 60089

Joey Patin
PO Box 82465
Lafayette, LA 70598


JOHN A JOHNSON
103 RUE ESPLANADE
SLIDELL, LA 70461


JOHN GAITA
11 SEATUCK COVE CIRCLE
EASTPORT, NY 11941


JOHN GARELL & JEANIE GARELL JTWROS
364 COUNTRY CLUB DR
NORTH PALM BEACH, FL 33408


JOHN GARELL & JEANNIE GARELL JTTEN
864 COUNTRY CLUB DRIVE
NORTH PALM BEACH, FL 33408


John Johnson
103 Rue Esplanade
Slidell, LA 70461


JOHN K OLIVIER
3609 HWY 14
IBERIA, LA 70560


JOHN KUHNS
558 LIME ROCK RD
LIME ROCK, CT 06039


JOHN MAURER
420 NE 34TH STREET
FT LAUDERDALE, FL 33301


JONATHAN BERGMAN
192 MUSKFLOWER COURT
TOMR RIVER, NJ 08753


Joseph & Brenda Lindley
PO Box 4, 4306 Betty Lane
Fordoche, LA 70732

JOSEPH A YOUNG
2918 MELANCON RD
BROUSSARD, LA 70518


Joseph Allen Martha
3365 Robert Burns Drive
Richfield, OH 44386


JOSEPH ATTANASI
3 HEMLOCK CIRCLE
CRANFORD, NJ 07016


JOSEPH D NITTI
751 OPATUT COURT
TOMS RIVER, NJ 08753


JOSEPH MARTHA
3365 ROBERT BURNS DR
RICHFIELD, OH 44386


joseph r martire
2331 OLD COURT ROAD # 411
PIKESVILLE, MD 21208


JOSEPH W LINDLEY
PO BOX 4
4306 BETTY LANE
FORDOCHE, LA 70732


JOSHUA ELLENDER
308 DUNKIRK
LAFAYETTE, LA 70506


JULES BRUCHEZ
1879 CYPRESS ISLAND HWY
ST MARTINVILLE, LA 70582


Jules Bruchez Jr
1879 Cypress Island Hwy.
St. Martinville, LA 70582

JULIANA RELJA
6622 WILLINGTON AVE
BURNABY BC V5H 2V8
CANADA
FOREGN, ZZ


JUNE KITTREDGE
280 WINTHROP ROAD
TEANECK, NJ 07666


Kackie Lerille
402 Roselawn Blvd
Lafayette, LA 70503


Katherine Lerille, Laura Lawton
402 Roselawn Blvd
Lafayette, LA 70503


KATHERINE R LERILLE
402 ROSELAWN BLVD
VMSI RTND 5/6/10
LAFAYETTE, LA 70503


KEN ANDREWS
202 1812 DUTHIE ST
BURNABY BC CANADA V5A 2R9
FOREIGNJ, ZZ


KEVIN B BABINEAUX
722 N BELLE CR
BREAUX BRIDGE, LA 70517


KEVIN W ANDERSON
913 BAY AVE
TOMS RIVER, NJ 08753


KUHNS BROTHERS INC.
558 LIME ROCK RD
LIME ROCK, CT 06039


LANCE LEGE
301 SECOND ST
ABBEVILLE, LA 70510

Larry Baumgardner
7925 Merrill Rd., Apt. 2508
Jacksonville, FL 32277


LAURA L LAWTON
1314 OAKLAWN AVE
LAFAYETTE, LA 70506


Laura Weaver
105 Woodsboro Drive
Lafayette, LA 70508


LEESA KACZMARZYK
44 VICTORIA STREET STE 700
TORONTO ONTARIO
CANADA M5C
FOREIGN, ZZ


LEO CANNON & SUZANNE JTTEN
65 HAMPTON COURT
NEWTOWN, PA 18940


LEO DIGNARD
4-211 ROYAL AVE
NEW WESTMINSTER BC V3L 1H4
CANADA
FOREGN, ZZ


Lottie B. Goldsmith
5225 N. Bay Road
Miami Beach, FL 33140


LOTTIE GOLDSMITH
5225 NORTH BAY RD
MIAMI BEACH, FL 33140


MARC BUENGER
155 WASHINGTON STREET
JERSEY CITY, NJ 07302


MARIA JOHNSTON
580
COLWYN ST
CAMBELL RIVER BC V9W 2W9
FOREGN, ZZ

MARILYN MURPHY
3121 OLD COURT ROAD
PIKESVILLE, MD 21208


MARK HIRSCH
5678 MINUTEMAN COURT
ORLANDO, FL 32821


MARTIN MORRISON JR
760 OPATUT COURT
TOMS RIVER, NJ 08753


MARTIN SHOOK
24800 CHAGRIN BLVD
SUITE 207
BEACHWOOD, OH 44122


MARY FELLOWS
558 LIME ROCK RD
LIME ROCK, CT 06039


MATTHEW SCHOENFELD
558 LIME ROCK RD
LIME ROCK, CT 06039


MATTHEW WADDELL
UNKNOWN
UNKNOWN, ZZ


MICHAEL B RUGGIERO JR
22 JAGGED ROCK RD
PARISSSPANY, NJ 07054


MICHAEL DELLAROSA
31 EXETER ROAD
JESEY CITY, NJ 07305


MICHAEL REID
381E HASTINGS ST
VANCOUVER BC CANADA V2B 2S3
FOREGN, ZZ


Michael S Miller
1420 West McDermott, Apt. 916
Allen, TX 75013

MILLARD P DUMESNIL III
201 BOWIE BEND
LAFAYETTE, LA 70508

Millard P. Dumesnil III
211 Republic Ave., Apt. 525
Lafayette, LA 70508

MONICA C FARREN
99 HILLSIDE DRIVE
WAYLAND, MA 01778

MORTON ORLANSKY
401 WINDOSR ROAD
WEST PALM BEACH, FL 33417

Mr. & Mrs. Douglas J. Comeaux
204 Cane Dr.
Lafayette, LA 70508

Mr. & Mrs. William B. Babineaux
115 Weco Lane
Broussard, LA 70518

NEIL MCMARTIN
1821 PRINCE OF WALES DRIVE
OTTOWA ONTARIO CANADA K2C 1P2
FOREIGN, ZZ

NINA COHEN
8144 CASTLE STONE DRIVE
MINT HILL, NC 28227

NITA DUPNIK FRANTZEN
201 SETTLERS TRACE BLVD #2019
LAFAYETTE, LA 70508

Nita Frantzen
PMB213, 201 Settley's Trace Blvd. #2019
Lafayette, LA 70508

Owen Provost
1704 Mills St.
Scott, LA 70583

PAUL A BOREN
1503 E LANE
AUSTIN, TX 78732


Paul A. Boren
1503 East Lane
Austin, TX 78732


Paul Alongi, Esq.
Alongi & Associates, LLC
119 Littleton Rd.
Parsippany, NJ 07054


PAUL CLIFTON
202 BONAIRE DRIVE
TOMS RIVER, NJ 08757


Paul E. Breene
559 Lexington Avenue, 22nd Floor
New York, NY 10022


PAUL J LUVERA
615 HAIFA COURT
TOMS RIVER, NJ 08753


PAUL KUHNS
558 LIME ROCK RD
LIME ROCK, LA 06039


PAUL NAGY
620 122 WATER ST
VANCOUVER BC CANADA V6B 1B2
FOREIGN, ZZ


PEGGY NAQUIN
213 ARNOULD BLVD
LAFAYETTE, LA 70506


PETER GOLDSMITH
1619 NE 105TH STREET
MIAMI SHORES, FL 33138

PETER UKENIEK
2522 MAIN ST
STONY PLAIN AB T7Z 1X9
CANADA
FOREIGN', ZZ


Philip & Arlene Epstein
8 Teal Ct.
Marlboro, NJ 07746


PHILIP DEAN JR & DEBORAH L DEAN JT TEN
31 CHANNING RD
DEDHAM, MA 02026


PHILIP EPSTEIN & ARLENE EPSTEIN JTWROS
8 TEAL COURT
MARLBORO, NJ 07746


Pierce Diversified Master Fund LLC
Attn: Mitch Levine
One Ferry Building, Suite 255
San Francisco, CA 94111


PIERCE DIVERSIFIED STRATEGY MASTER FUND
ONE FERRY BUILDING STE 255
SAN FRANCISCO, CA 94111


RICHARD BLACKETTER
5451 S LEONARD SPRINGS RD
BLOOMINGTON, IN 47403


RICHARD E MATHEWS
4077 COOPER LANE
JACKSON, LA 70748


Richard Mathews
4077 Cooper Lane
Jackson, LA 70748


RICHARD ROBICHAUD
1407 7264 KINGSWAY
VANCOUVER BC CANADA V5E 3Z5
FOREGN, ZZ

RICKARDO PLUMMER
4760 SW 72ND STREET
DAVIE, FL 33314


Robert & Jessice Russell
17 Moss Forest Circle
Jackson, MS 39211


ROBERT A LECKY JR
406 N STERLING ST
LAFAYETTE, LA 70501


Robert A. Lecky, Jr., Ashley T. Lecky
406 N. Sterling St.
Lafayette, LA 70501


ROBERT BAYER
445 GEORGE PLACE
WYCKOFF, NJ 07481


ROBERT GRANDE
12 WILLOW LANE
IRVINGTON, NY 10533


ROBERT MCINTOSH
3168 KINGSWAY
VANCOUVER BC CANADA V5R 5K1
FOREGN, ZZ


ROBERT O RUSSELL
PO BOX 13787
JACKSON, MS 39236


ROBERT O RUSSELL JR
1006 ST HELENA DR
LEANDER, TX 78641


Robert Russell Jr.
1006 St. Helena Dr.
Leander, TX 78641


Ronald J & Denise D. Boutin
9505 Grand Prairie Hwy
Church Point, LA 70525

RONALD J BOUTIN
9505 GRAND PRAIRIE HWY
CHURCH POINT, LA 70525


RONALD LEBRIGHT
11898 PRESERVATION LANE
BOCA RATON, FL 33498


ROYAL SERVICE & RENTAL INC
130 RUE BEAUREGARD SUITE A
LAFAYETTE, LA 70508


Russ and Russ PC Pension Plan
543 Broadway
Massapequa, NY 11758


RUSSELL J LANCLOS & DONNA H LANCLOS JTTE
103 PRESIENTIAL
LAFAYETTE, LA 70503


Russell Lanclos
303 Broad Ave.
Scott, LA 70583


SALVATORE ZAVATTIERI
1669 FAIRWOOD LANE
BRICK, NJ 08724


SAMBRI LTD PARTNERSHIP (NATHAN GROSS)
7239 CARMEL COURT
BOCA RATON, FL 33433


SAMUEL SHOEN
558 LIME ROCK RD
LIME ROCK, CT 06039


SANDRA KOVECSES
1530 AROLINE LANE
TOMS RIVER, NJ 08755


SAUL M FRIETAS
PO BOX 134
**ADDRESS UPDTD 1/2/08**
HAWTHORN, NY 10532

SCOTT KRIM
527 OLD POST ROAD
WYCKOFF, NJ 07481

SEC Headquarters
100 F Street NE
Washington, DC 20549

SHANE MOORE
107-663 CARSON DR
WILLIAMS LAKE BC CANAD AV2G 1T4
FOREGN, ZZ

SHELBY BABINEAUX
PO BOX 365
CADE, LA 70519

Shelby R. Babineaux
PO Box 364
Cade, LA 70501

SOL BANDIERO
5 LOIS LANE
MONSEY, NY 10952

STACEY YOUNG
2918 MELANCON RD
BROUSSARD, LA 70518

Steve & Ilyce Zolloto
830 Timber Hill
Highland Park, IL 60035

STEVE ZOLOTO & LLYCE ZOLOTO JTWROS
830 TIMBER HILL
HIGHLAND PARK, IL 60035

Steven Bienuena, William Babineaux
503 Sugar Trace
Broussard, LA 70518

STEVEN BIENVENU
503 SUGARTRACE DR
BROUSSARD, LA 70518

STEVEN GOLDSMITH
3705 VALENCIA AVE
SAN BERNADINO, CA 92404


STEVEN J CURRY
311 GLENDALE DRIVE
TOMS RIVER, NJ 08753


SUSAN SHIN
301 4505 HAZEL ST
BURNABY BC CANADA V5H 4T1
FOREIGN, ZZ


The Tennis Shop/Country Club of Jackson
17 Moss Forest Circle
Jackson, MS 39211


THEODORE CANNON
65 HAMPTON COURT
NEWTOWN, PA 18940


THOMAS F BETZ
307 SUMMIT AVE
LONGHORNE, PA 19047


TIMOTHY DERBIQUE
540 HIGH STREET
ORADELL, NJ 07649


TIMOUR PETROV
12 1131 HARO ST
VANCOUVER BC CANADA V6E 1E5
CANADA
GOREIGN, ZZ


V. Calvin Womack, Cheryl M. Womack
410 Ridge Trace
San Antonio, TX 78258


VICTOR COPELLO
47 PINE LAKE TERRACE
RIVER VALE, NJ 07675

W GEOFFREY MARTIN
NOT KNOWN
FOR, ZZ


Warren Gilbert
1800 NE 114th St., #2110
Miami, FL 33181


William & Jamie Miller
19332 Pencil Cactus Dr.
Pflugerville, TX 78660


William B. Babineaux
115 Weco Lane
Broussard, LA 70518


WILLIAM BABINEAUX
115 WECO LANE
BROUSSARD, LA 70518


WILLIAM C DOMPERT
415 WINDING LANE
CALFONT, PA 18914


William D. Watson, Pamela A. Watson
420 Lancaster Drive
Lafayette, LA 70506


WILLIAM DENNIS WATSON
420 LANCASTER DRIVE
LAFAYETTE, LA 70506


WILLIAM MALENBAUM
2149 PRINCETON AVE
PHILADELPHIA, PA 19149


WILLIAM T ANDERSON
913 BAY AVENUE
TOMS RIVER, NJ 08753


WILLIAM T MILLER
19332 PENCIL CACTUS DR
PFLUGERVILLE, TX 78660

## United States Bankruptcy Court
### District of New Jersey

In re    **Visual Management Systems, Inc.**                 Case No. _____

                         Debtor(s)               Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Visual Management Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  8, 2010
_____
Date

/s/ Morris S. Bauer, Esq.
_____
**Morris S. Bauer, Esq.**
Signature of Attorney or Litigant
Counsel for   **Visual Management Systems, Inc.**
**Norris, McLaughlin & Marcus, PA**
**721 Route 202-206**
**Bridgewater, NJ 08807**
**908-722-0700 Fax:908-722-0755**