UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 4/11/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

**Visual Management Systems, Inc.**

Debtor

Case No.: 10-44748

Chapter 11

Hearing Date: 4/11/2011

Judge: Kathryn C. Ferguson

### ORDER REQUIRING DEBTOR TO FILE PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: 4/11/2011**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Visual Management Systems, Inc.**

**Chapter 11 Case No. 10-44748**

**Order Requiring Debtor to File Plan of Reorganization
And Disclosure Statement**

---

This matter having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within order, it is hereby;

**ORDERED,** that the Debtor file a Plan of Reorganization and Disclosure Statement by June 10, 2011, and it is further;

**ORDERED**, that the Debtor comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee particularly as they apply to the filing of the operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

*Approved by Judge Kathryn C. Ferguson  April  11, 2011*