Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.:  10–44748–KCF
                                Chapter:  11
                                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Visual Management Systems, Inc
    fdba Wildon Productions, Inc
    1000 Industrial Way Ste C
    Toms River, NJ 08755

Social Security No.:

Employer's Tax I.D. No.:
    68–0634458

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       10/19/11
Time:      02:00 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Norris McLaughlin & Marcus, P.A., Debtor's Attorney

COMMISSION OR FEES
$25,340.00

EXPENSES
$247.82

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: September 7, 2011
JJW:

                                                                                  James J. Waldron
                                                                                   Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 10-44748-KCF
Visual Management Systems, Inc                                      Chapter 11
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: lbrakel                Page 1 of 5                  Date Rcvd: Sep 07, 2011
                              Form ID: 137                 Total Noticed: 261

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
db           +Visual Management Systems, Inc,    1000 Industrial Way Ste C,    Toms River, NJ 08755-5057
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Dist Dir of IRS,    Insolvency Function,    PO Box 724,
               Springfield, NJ  07081-0724)
smg          +U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
cr           +American Contractors Indemnity Company,    601 S. Figueroa,    Suite 1600,
               Los Angeles, CA 90017-5721
sp           +Giordano Halleran & Ciesla, P.C.,    125 Half Mile Road,    Suite 300,    Red Bank, NJ 07701-6777
intp         +Intelligent Product Development Group, LLC,    1000 Industrial Way Ste C,
               Toms River, NJ 08755-5057
cr           +TD Auto Finance LLC,   c&#092;o Deily, Mooney, & Glastetter, LL,    8 Thurlow Terrace,
               Albany, NY 12203-1006
511371963    +ADAM BRODY & lisa brody jtwros,    320 FAIRVIEW LANE,    DEERFIELD, IL 60015-4733
511371965    +ADRIA BABINEAUX,    115 WECO LN,   BROUSSARD, LA 70518-5710
511371966     ALEXANDER LOVE,    55 POWELL ST,   VANCOUVER BC CANADA V6A 1E9,    CANADA,    FOREIGN, ZZ
511371967    +ALISON GAITA,    1800 NORTHEAST 114TH ST,    APT 1503,   NORTH MIAMI, FL 33181-3420
511371968     ALLAN CAPPO,    220 40E HASTINGS,    VANCOUVER BC CANADA V6A 1N1,    CANADA,    FOERIGN, ZZ
511371969    +ALLISON GAITA,    16 STUART AVE,   SHIRLEY, NY 11967-2523
511371970    +ANDREE L NAQUIN,    213 ARNOULD BLVD,   LAFAYETTE, LA 70506-6215
511371971    +ANTHONY ESPER,    2055 PINEHURST TRAIL,    TRAVERSE CITY, MI 49696-8213
511371972    +ARLINE LEDET,    309 LARUE CHRIST ROI,    CAREBCRO, LA 70520-5646
511371964    +Adam H. Friedman, Esq.,    Olshan Grundman Frome et al,    Park Avenue Tower,    65 East 55th Street,
               New York, NY 10022-3219
511371973    +BARBARA GOLDSMITH,    5225 NORTH BAY ROAD,    MIAMI BEACH, FL 33140-2010
511371974    +BETH PIETI & TODD PIETI JTWROS,    1519 N BOSWORTH #1,    CHICAGO, IL 60642-8053
511371976    +BRADLEY NAPINAK,    7502 142ND ST,    SURREY BC V3W 6V8,    CANADA,    FOREGN, ZZ
511371977    +BRIAN FREY,    17 RUSSET LANE,   LEVITTOWN, PA 19055-1414
511371978    +BRIAN MCDONOUGH & SUSAN MCDONOUGH JTWROS,    134 JOHNSON LANE,    PARLIN, NJ 08859-1710
511371979    +BRIAN R FREY,    231 LAKESIDE DR,   LEVITTOWN, PA 19054-3905
511371980    +BRIAN WHITNEY,    8676 OAK ST #2,    VANCOUVER BC CANADA V6P 4B3,    CANADA,    FOREIGN, ZZ
511371981    +BRYAN COHEN,    8144 CASTLE STONE DR,    MINT HILL, NC 28227-7056
511371975    +Blackketter Rentals,    5451 S. Leonard Springs Rd,    Bloomington, IN 47403-9027
511371982    +CALVIN WOMACK,    410 RIDGE TRACE,    SAN ANTONIO, TX 78258-6923
511371984    +CAROLINE GONZALEZ,    600 MONROE AVENUE,    WHITING, NJ 08759-2440
511371985    +CEDE & CO,    P O BOX 222,    BOWLING GREEN STATION,    NEW YORK, NY 10274-0222
511371986    +CHAD M TOUPS,    218 VINCENT RD,   LAFAYETTE, LA 70508-7720
511371988    +CHAD WEAVER & LAURA WEAVER JTWROS,    105 WOODSBORO DR,    LAFAYETTE, LA 70508-6031
511371990    +CHARLES CARUSO,    611 SW 178TH WAY,    PEMBORKE PINES, FL 33029-4106
511371993    +CHRISTINE SHEPPARD,    8216 KIAWAH TRACE,    PORT ST LUCIE, FL 34986-3027
511463749    +CIT TECHNOLOGY FINANCING SERVICES, INC.,    C/O WELTMAN, WEINBERG & REIS CO., LPA,
               175 S. THIRD ST., STE 900,    COLUMBUS, OH 43215-5166
511371994    +CONUNDRUM CAPITAL LLC,    C/O JORDAN D SERLIN,    17076 BOCA CLUB BLVD STE 5,
               BOCA RATON, FL 33487-1293
511371995    +CYNTHIA ELWELL,    303 TIMBER CREEK,    LAFAYETTE, LA 70506-5054
511371983    +Carlton Ettlinger,    719 Sinclair Ave,   Staten Island, NY 10312-2524
511371987    +Chad M. & Deidre Toups,    218 Vincent Road,    Lafayette, LA 70508-7720
511371989    +Charles Brusco,    405 Green Island Road,    American Canyon, CA 94503-9649
511371991    +Charles Caruso Jr,    611 SW 178 Way,    Pembroke Pines, FL 33029-4106
511853301    +Chartis Inc.,    Michelle A. Levitt,    175 Water Street, 18th Floor,
               New York, New York 10038-4976
511371992    +Chester Bergeron,    1879 Cypress Island Hwy.,    St. Martinville, LA 70582-6501
511371997     DANIEL O’SULLIVAN,    75 The Circle,    Glen Head, NY 11545-2247
511371998    +DANIEL SEIDEL,    2223 ROBLEY DR,   LAFAYETTE, LA 70503-6609
511371999    +DAVID GOLDEN,    17211 TIMBER CLIFF CT,    rtd vmsi stock 7 12 10,    CYPRESS, TX 77429-1749
511588391   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services LLC,    One Del Way, Bldg. 3,
               Mailstop: RR3-63,   Round Rock, TX  78682)
511372001    +DIONNE PARKER,    306 KIM DR,   LAFAYETTE, LA 70503-3928
511372002    +DONALD TYLER IRA,    864 ISLAND POINT,    CHAPIN, SC 29036-7799
511372003    +DOUG CONE,    PO BOX 16785,   WEST PALM EACH, FL 33416-6785
511372004    +DOUGLAS J COMEAUX,    204 CANE DR,   LAFAYETTE, LA 70508-4314
511371996    +Dale Coon,    105 Woodsboro Dr.,   Lafayette, LA 70508-6031
511372000    +David J. Golden, Nicole R. Golden,    17211 Timber Cliff Ct.,    Cypress, TX 77429-1749
511843216     Department of Treasury - Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
511372005    +Dr. John Maurer,    3010 North Course Dr., Apt. 209,    Pompano Beach, FL 33069-3329
511372008    +ELAINE BRODY SEP IRA,    1224 DEVONSHIRE ROAD,    BUFFALO GROVE, IL 60089-1126
511372010    +ELIZABETH MAY,    370 MARIN BLVD,   JERSEY CITY, NJ 07302-2544
511372011     ELLA M HURLEY,    2925 OAK PARK CIRLE DR,    DAVIE, FL 33328
511372015    +ERNA COHEN,    145 GRANDE WOODLANDS WAY,    TOMS RIVER, NJ 08755-1725
511372016     EUGENE A DIPAOLO,    14470 CABARRUS STATION RD,    UPDTD ADD 5 29 09,    MIDLAND, NC 28107-8221
511372017    +EUGENE J PATIN JR,    PO BOX 82465,    LAFAYETTE, LA 70598-2465
511372018    +EVA PROVOST,    1704 MILLS ST,   SCOTT, LA 70583-4730
511372019     EVGENY DUDKIN,    126-6525 TELFORD AVE,    BURNABY BC V5H 2J9,    CANADA,    FOREIGN, ZZ
```

```
District/off: 0312-3           User: lbrakel                Page 2 of 5             Date Rcvd: Sep 07, 2011
                               Form ID: 137                 Total Noticed: 261

511372007     +Elaine Brody,    1224 Devonshire Road,    Buffalo Grove, IL 60089-1126
511372009     +Elizabeth Eaton,    7 Peachtree Lane,    Greer, SC 29651-5914
511372012     +Ella Margaret Hurley,    2925 Oak Park Cir,    Davie, FL 33328-6727
511372013     +Enable Growth Partners LP,    Attn: Mitch Levine,    One Ferry Bldg., Suite 255,
                San Francisco, CA 94111-4243
511372014     +Enable Opportunity Partners LP,    Attn: Mitch Levine,    One Ferry Building, Suite 255,
                San Francisco, CA 94111-4243
511372020     +FANNED SEIDEL JR,    2223 ROBLEY DR,    LAFAYETTE, LA 70503-6609
511372023     +FAY DAVIS,    15188 OAKLAND AVE,    WINTER GARDEN, FL 34787-3035
511372025     +FHR CAPITAL,    2000 PALM BEACH LAKES BLVD STE 1003,    WEST PALM BEACH, FL 33409-6506
511372026     +FLOYD J DOMINGUE JR.,    529 ESPLANDE DR.,    LAFAYETTE, LA 70508-3121
511372027     +FRANK HORKEY & DONNA HORKEY TEN ENT,    10340 SW 16TH PLACE,    rtnd vmsi 6/3/09,
                REMLD VMSI 7 1 09,    DAVIE, FL 33324-7454
511372021     +Fanned Seidel, Jr., Suzanne S. Seidel,    2223 Robley Dr.,    Lafayette, LA 70503-6609
511372022     +Fay & Mary Louise Davis,    15188 Oakland Ave,    Winter Garden, FL 34787-3035
511372024      Faye Davis,    15189 Oakland Ave,    Winter Garden, FL 34787
511435823     +FedEx Customer Information Services,    As Assignee of FedEx Express/FedEx,
                Ground Attn: Revenue Recovery/Bankruptcy,     3965 Airways Blvd, Module G, 3rd Floor,
                Memphis, TN 38116-5017
511561851      Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
511372028     +GILDER FUNDING CORP,    1800 NE 114TH ST SUITE 2110,    MIAMI, FL 33181-3413
511372030     +GREG DRYER,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372031     +GREG LAIL,    1544 SAVOY RD,    YOUNGSVILLE, LA 70592-5900
511372033     +HCC Surety Group,    9841 Airport Blvd., 9th Floor,    Los Angeles, CA 90045-5421
511372034     +HEALTH CAREER PLACEMENT SOLUTIONS 401(K),    415 WINDING LANE,    CHALFONT, PA 18914-4435
511372035     +HILTON DALE COON,    105 WOODSBORO DR,    LAFAYETTE, LA 70508-6031
511372036      IGOR ANDREIKO,    7274 12TH AVE,    BURNABY BC V3M 2J7,    FOREIGN, ZZ
511372040     +ISADORE DANNENBERG,    10581 TROPICAL BREEZE LANE,    ADDRESS UPDTD 12-28-09,
                BOYNTON BEACH, FL 33437-4270
511754115     +Imperial Credit Corporation,    101 Hudson Street, 34th Floor,
                Jersey City, New Jersey 07302-3905
511372037     +Intelligent Digital Systems, LLC,    c/o Russ & Russ, P.C.,    543 Broadway,
                Massapequa, NY 11758-5009
511372038     +Ira Levin, Esq.,    320 Northern Boulevard, Suite 14,    Great Neck, NY 11021-4807
511372039     +Isaac McCullough,    18 Waters Ave.,    Greenville, SC 29605-1236
511372041     +Isadore Feldman,    7300 Radice Ct.,    Lauderhill, FL 33319-4285
511372042     +JACK L CORMIER,    118 ALONDA DR.,    LAFAYETTE, LA 70503-4221
511372043     +JACOB LAMONSOFF,    9023 2ND ST,    LEVITTOWN, PA 19054-4207
511372045     +JAMES H GIRARD,    3612 SUNSET AVE,    ALLENTOWN, PA 18103-9727
511372046     +JAMES HUGHES & HERESA HUGHES JTWROS,    1901 HIGHWAY 539,    WHITING, NJ 08759-3334
511372049     +JASON GONZALEZ,    600 MONROE AVENUE,    WHITING, NJ 08759-2440
511372050     +JASON GONZALEZ & CAROLINE H GONZALEZ JTW,    600 MONROE AVE,    MANCHESTER, NJ 08759-2440
511372051     +JASON WEAVER & LAURA WEAVER JTWROS,    105 WOODSBORO DR,    LAFAYETTE, LA 70508-6031
511372053     +JEFF VEIGEL,    1424 WEST 28TH STREET,    MINNEAPOLIS, MN 55408-1903
511372054     +JEFFREY DUNN JR,    102 PARKVIEW DR,    rtd vmsi 9 3 08,    UPDTD ADD 12 7 09 REG MAIL VMSI,
                LAFAYETTE, LA 70508-2732
511372055     +JEFFREY GRANTZ & HELENE GRANTZ JTWROS,    104 SAINT CLOUD LANE,    BOCA RATON, FL 33431-3928
511372056     +JEFFREY HAYES & MERYL HAYES JTTEN,    76-35 113TH STREET,    APT 3F,    FOREST HILLS, NY 11375-6516
511372057     +JEFFREY KATZ,    7 FILMONT DRIVE,    NEW CITY, NY 10956-4204
511372058      JENNIFER JONES,    405 425 12TH ST,    NEW WESTMINSTER BC V3M 4H7,    CANADA,    FOREIGN, ZZ
511372059     +JENNIFER KOLESER,    421 ELIZABETH AVE,    TOMS RIVER, NJ 08753-7125
511372061     +JERRY GOLDSMITH,    5225 NORTH BAY ROAD,    MIAMI BEACH, FL 33140-2010
511372062     +JERRY RANS,    4160 SUMMERHILL,    BRIGHTON, MI 48116-9777
511372063      JOCHEN HEINZ WEIGELT,    1565 DUNCAN DR,    DELTA BC CANAD AV4L 1R7,    CANADA,    FOREIGN, ZZ
511372065     +JOEL BRODY IRA,    1224 DEVONSHIRE ROAD,    BUFFALO GROVE, IL 60089-1126
511372067     +JOHN A JOHNSON,    103 RUE ESPLANADE,    SLIDELL, LA 70461-5212
511372068     +JOHN GAITA,    11 SEATUCK COVE CIRCLE,    EASTPORT, NY 11941-1143
511372069      JOHN GARELL & JEANIE GARELL JTWROS,    364 COUNTRY CLUB DR,    NORTH PALM BEACH, FL 33408
511372070     +JOHN GARELL & JEANNIE GARELL JTTEN,    864 COUNTRY CLUB DRIVE,    NORTH PALM BEACH, FL 33408-3712
511372072     +JOHN K OLIVIER,    3609 HWY 14,    IBERIA, LA 70560-9425
511372073     +JOHN KUHNS,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372074     +JOHN MAURER,    420 NE 34TH STREET,    FT LAUDERDALE, FL 33334-2144
511372075     +JONATHAN BERGMAN,    192 MUSKFLOWER COURT,    TOMR RIVER, NJ 08753-1328
511372079     +JOSEPH ATTANASI,    3 HEMLOCK CIRCLE,    CRANFORD, NJ 07016-2045
511372080     +JOSEPH D NITTI,    751 OPATUT COURT,    TOMS RIVER, NJ 08753-4480
511372081     +JOSEPH MARTHA,    3365 ROBERT BURNS DR,    RICHFIELD, OH 44286-9385
511372083     +JOSEPH W LINDLEY,    PO BOX 4,    4306 BETTY LANE,    FORDOCHE, LA 70732-0004
511372084     +JOSHUA ELLENDER,    308 DUNKIRK,    LAFAYETTE, LA 70506-4718
511542951     +JPMorgan Chase Bank, NA,    201 N. Central Ave.,    AZ1-1024,    Phoenix, AZ 85004-0073
511372085     +JULES BRUCHEZ,    1879 CYPRESS ISLAND HWY,    ST MARTINVILLE, LA 70582-6501
511372087      JULIANA RELJA,    6622 WILLINGTON AVE,    BURNABY BC V5H 2V8,    CANADA,    FOREGN, ZZ
511372088     +JUNE KITTREDGE,    280 WINTHROP ROAD,    TEANECK, NJ 07666-3043
511372047     +James McNeill,    1 Lessing Road,    West Orange, NJ 07052-3112
511372048     +Jane Hawkins,    7 Peachtree Lane,    Greer, SC 29651-5914
511372052     +Jay Russ,    c/o Russ & Russ, P.C.,    543 Broadway,    Massapequa, NY 11758-5009
511372060     +Jerry G. Goldsmith,    5225 No. Bay Road,    Miami Beach, FL 33140-2010
511372064     +Joel & Elaine Brody,    1224 Devonshire,    Buffalo Grove, IL 60089-1126
511372066     +Joey Patin,    PO Box 82465,    Lafayette, LA 70598-2465
511372071     +John Johnson,    103 Rue Esplanade,    Slidell, LA 70461-5212
511372076     +Joseph & Brenda Lindley,    PO Box 4, 4306 Betty Lane,    Fordoche, LA 70732-0004
```

```
District/off: 0312-3          User: lbrakel             Page 3 of 5              Date Rcvd: Sep 07, 2011
                              Form ID: 137              Total Noticed: 261

511372078     +Joseph Allen Martha,    3365 Robert Burns Drive,    Richfield, OH 44286-9385
511372086     +Jules Bruchez Jr,    1879 Cypress Island Hwy.,    St. Martinville, LA 70582-6501
511372091     +KATHERINE R LERILLE,    402 ROSELAWN BLVD,    VMSI RTND 5/6/10,    LAFAYETTE, LA 70503-3912
511372092      KEN ANDREWS,    202 1812 DUTHIE ST,    BURNABY BC CANADA V5A 2R9,    FOREIGNJ, ZZ
511372093     +KEVIN B BABINEAUX,    722 N BELLE CR,    BREAUX BRIDGE, LA 70517-4629
511372094     +KEVIN W ANDERSON,    913 BAY AVE,    TOMS RIVER, NJ 08753-3633
511372095     +KUHNS BROTHERS INC.,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372089     +Kackie Lerille,    402 Roselawn Blvd,    Lafayette, LA 70503-3912
511372090     +Katherine Lerille, Laura Lawton,    402 Roselawn Blvd,    Lafayette, LA 70503-3912
511372096     +LANCE LEGE,    301 SECOND ST,    ABBEVILLE, LA 70510-6549
511372098     +LAURA L LAWTON,    1314 OAKLAWN AVE,    LAFAYETTE, LA 70506-3218
511372100      LEESA KACZMARZYK,    44 VICTORIA STREET STE 700,    TORONTO ONTARIO,    CANADA M5C,    FOREIGN, ZZ
511372101     +LEO CANNON & SUZANNE JTTEN,    65 HAMPTON COURT,    NEWTOWN, PA 18940-9623
511372102      LEO DIGNARD,    4-211 ROYAL AVE,    NEW WESTMINSTER BC V3L 1H4,    CANADA,    FOREGN, ZZ
511372104     +LOTTIE GOLDSMITH,    5225 NORTH BAY RD,    MIAMI BEACH, FL 33140-2010
511372097     +Larry Baumgardner,    7925 Merrill Rd., Apt. 2508,    Jacksonville, FL 32277-6533
511372099     +Laura Weaver,    105 Woodsboro Drive,    Lafayette, LA 70508-6031
511372103     +Lottie B. Goldsmith,    5225 N. Bay Road,    Miami Beach, FL 33140-2010
511372105     +MARC BUENGER,    155 WASHINGTON STREET,    JERSEY CITY, NJ 07302-4572
511372106      MARIA JOHNSTON,    580,    COLWYN ST,    CAMBELL RIVER BC V9W 2W9,    FOREGN, ZZ
511372107     +MARILYN MURPHY,    3121 OLD COURT ROAD,    PIKESVILLE, MD 21208-3314
511372108     +MARK HIRSCH,    5678 MINUTEMAN COURT,    ORLANDO, FL 32821-8117
511372109     +MARTIN MORRISON JR,    760 OPATUT COURT,    TOMS RIVER, NJ 08753-4408
511372110     +MARTIN SHOOK,    24800 CHAGRIN BLVD,    SUITE 207,    BEACHWOOD, OH 44122-5631
511372111     +MARY FELLOWS,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372112     +MATTHEW SCHOENFELD,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372114     +MICHAEL B RUGGIERO JR,    22 JAGGED ROCK RD,    PARISSSPANY, NJ 07054-2109
511372115     +MICHAEL DELLAROSA,    31 EXETER ROAD,    JESEY CITY, NJ 07305-1209
511372116      MICHAEL REID,    381E HASTINGS ST,    VANCOUVER BC CANADA V2B 2S3,    FOREGN, ZZ
511372118     +MILLARD P DUMESNIL III,    201 BOWIE BEND,    LAFAYETTE, LA 70508-4474
511372120     +MONICA C FARREN,    99 HILLSIDE DRIVE,    WAYLAND, MA 01778-3826
511372121      MORTON ORLANSKY,    401 WINDOSR ROAD,    WEST PALM BEACH, FL 33417
511457751     +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
511372117     +Michael S Miller,    1420 West McDermott, Apt. 916,    Allen, TX 75013-3309
511372119     +Millard P. Dumesnil III,    211 Republic Ave., Apt. 525,    Lafayette, LA 70508-6879
511553569      Mitch Levine,    Enable Opportunity Partners, LP,    One Ferry Building, Suite 255,
               San Francisco, CA 94111-4243
511553567      Mitch Levine,    c/o Enable Growth Partners, LP,    One Ferry Building, Suite 255,
               San Francisco, CA 94111-4243
511553548      Mitch Levine,    c/o Pierce Diversified Strategy,    Master Fund, ENA,
               One Ferry Building, Suite 255,    San Francisco, CA 94111-4243
511372122     +Mr. & Mrs. Douglas J. Comeaux,    204 Cane Dr.,    Lafayette, LA 70508-4314
511372123     +Mr. & Mrs. William B. Babineaux,    115 Weco Lane,    Broussard, LA 70518-5710
511372124      NEIL MCMARTIN,    1821 PRINCE OF WALES DRIVE,    OTTOWA ONTARIO CANADA K2C 1P2,    FOREIGN, ZZ
511372125     +NINA COHEN,    8144 CASTLE STONE DRIVE,    MINT HILL, NC 28227-7056
511372126     +NITA DUPNIK FRANTZEN,    201 SETTLERS TRACE BLVD #2019,    LAFAYETTE, LA 70508-6783
511372127      Nita Frantzen,    PMB213, 201 Settley's Trace Blvd. #2019,    Lafayette, LA 70508
511862156      Ohio Department of Job & Family Services,    PO Box 182404,    Columbus OH  43218-2404
511372128     +Owen Provost,    1704 Mills St.,    Scott, LA 70583-4730
511372129     +PAUL A BOREN,    1503 E LANE,    AUSTIN, TX 78732-6102
511372132     +PAUL CLIFTON,    202 BONAIRE DRIVE,    TOMS RIVER, NJ 08757-3853
511372134     +PAUL J LUVERA,    615 HAIFA COURT,    TOMS RIVER, NJ 08753-3573
511372135     +PAUL KUHNS,    558 LIME ROCK RD,    LIME ROCK, LA 06039-2420
511372136      PAUL NAGY,    620 122 WATER ST,    VANCOUVER BC CANADA V6B 1B2,    FOREIGN, ZZ
511839698     +PC Connection Sales Corp.,    Steven E. Grill, Esq.,    Devine, Millimet & Branch, P.A.,
               111 Amherst St.,    Manchester, NH 03101-1815
511372137     +PEGGY NAQUIN,    213 ARNOULD BLVD,    LAFAYETTE, LA 70506-6215
511372138     +PETER GOLDSMITH,    1619 NE 105TH STREET,    MIAMI SHORES, FL 33138-2117
511372139      PETER UKENIEK,    2522 MAIN ST,    STONY PLAIN AB T7Z 1X9,    CANADA,    FOREIGN', ZZ
511372141     +PHILIP DEAN JR & DEBORAH L DEAN JT TEN,    31 CHANNING RD,    DEDHAM, MA 02026-5604
511372142     +PHILIP EPSTEIN & ARLENE EPSTEIN JTWROS,    8 TEAL COURT,    MARLBORO, NJ 07746-1901
511372144     +PIERCE DIVERSIFIED STRATEGY MASTER FUND,    ONE FERRY BUILDING STE 255,
               SAN FRANCISCO, CA 94111-4243
511372130     +Paul A. Boren,    1503 East Lane,    Austin, TX 78732-6102
511372131     +Paul Alongi, Esq.,    Alongi & Associates, LLC,    119 Littleton Rd.,    Parsippany, NJ 07054-1849
511372133      Paul E. Breene,    559 Lexington Avenue, 22nd Floor,    New York, NY 10022
511372140     +Philip & Arlene Epstein,    8 Teal Ct.,    Marlboro, NJ 07746-1901
511372143     +Pierce Diversified Master Fund LLC,    Attn: Mitch Levine,    One Ferry Building, Suite 255,
               San Francisco, CA 94111-4243
511372145     +RICHARD BLACKETTER,    5451 S LEONARD SPRINGS RD,    BLOOMINGTON, IN 47403-9027
511372146     +RICHARD E MATHEWS,    4077 COOPER LANE,    JACKSON, LA 70748-3900
511372148      RICHARD ROBICHAUD,    1407 7264 KINGSWAY,    VANCOUVER BC CANADA V5E 3Z5,    FOREGN, ZZ
511372149     +RICKARDO PLUMMER,    4760 SW 72ND STREET,    DAVIE, FL 33314-4116
511372151     +ROBERT A LECKY JR,    406 N STERLING ST,    LAFAYETTE, LA 70501-4946
511372153     +ROBERT BAYER,    445 GEORGE PLACE,    WYCKOFF, NJ 07481-1834
511372154     +ROBERT GRANDE,    12 WILLOW LANE,    IRVINGTON, NY 10533-1110
511372155      ROBERT MCINTOSH,    3168 KINGSWAY,    VANCOUVER BC CANADA V5R 5K1,    FOREGN, ZZ
511372156     +ROBERT O RUSSELL,    PO BOX 13787,    JACKSON, MS 39236-3787
511372157     +ROBERT O RUSSELL JR,    1006 ST HELENA DR,    LEANDER, TX 78641-2550
511372160     +RONALD J BOUTIN,    9505 GRAND PRAIRIE HWY,    CHURCH POINT, LA 70525-4838
```

```
District/off: 0312-3           User: lbrakel              Page 4 of 5                Date Rcvd: Sep 07, 2011
                               Form ID: 137               Total Noticed: 261

511372161     +RONALD LEBRIGHT,    11898 PRESERVATION LANE,    BOCA RATON, FL 33498-6234
511372162     +ROYAL SERVICE & RENTAL INC,    130 RUE BEAUREGARD SUITE A,     LAFAYETTE, LA 70508-3130
511372164     +RUSSELL J LANCLOS & DONNA H LANCLOS JTTE,    103 PRESIENTIAL,     LAFAYETTE, LA 70503-6628
511372147     +Richard Mathews,    4077 Cooper Lane,    Jackson, LA 70748-3900
511372150     +Robert & Jessice Russell,    17 Moss Forest Circle,    Jackson, MS 39211-2906
511372152     +Robert A. Lecky, Jr., Ashley T. Lecky,    406 N. Sterling St.,     Lafayette, LA 70501-4946
511372158     +Robert Russell Jr.,    1006 St. Helena Dr.,    Leander, TX 78641-2550
511372159     +Ronald J & Denise D. Boutin,    9505 Grand Prairie Hwy,    Church Point, LA 70525-4838
511372163     +Russ and Russ PC Pension Plan,    543 Broadway,    Massapequa, NY 11758-5009
511372165     +Russell Lanclos,    303 Broad Ave.,    Scott, LA 70583-5620
511372166     +SALVATORE ZAVATTIERI,    1669 FAIRWOOD LANE,    BRICK, NJ 08724-3037
511372167     +SAMBRI LTD PARTNERSHIP (NATHAN GROSS),    7239 CARMEL COURT,     BOCA RATON, FL 33433-5544
511372168     +SAMUEL SHOEN,    558 LIME ROCK RD,    LIME ROCK, CT 06039-2420
511372169     +SANDRA KOVECSES,    1530 AROLINE LANE,    TOMS RIVER, NJ 08755-3203
511372170     +SAUL M FRIETAS,    PO BOX 134,    ADDRESS UPDTD 1/2/08,    HAWTHORN, NY 10532-0134
511372171     +SCOTT KRIM,    527 OLD POST ROAD,    WYCKOFF, NJ 07481-1500
511372173      SHANE MOORE,    107-663 CARSON DR,    WILLIAMS LAKE BC CANAD AV2G 1T4,     FOREGN, ZZ
511372174     +SHELBY BABINEAUX,    PO BOX 365,    CADE, LA 70519-0365
511372176     +SOL BANDIERO,    5 LOIS LANE,    MONSEY, NY 10952-1211
511752130    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    Compliance Activity,
                P O Box 245,    Trenton, New Jersey 08695)
511372179     +STEVE ZOLOTO & LLYCE ZOLOTO JTWROS,    830 TIMBER HILL,    HIGHLAND PARK, IL 60035-5121
511372181     +STEVEN BIENVENU,    503 SUGARTRACE DR,    BROUSSARD, LA 70518-5167
511372183     +STEVEN J CURRY,    311 GLENDALE DRIVE,    TOMS RIVER, NJ 08753-3619
511372184      SUSAN SHIN,    301 4505 HAZEL ST,    BURNABY BC CANADA V5H 4T1,    FOREIGN, ZZ
511372175     +Shelby R. Babineaux,    PO Box 364,    Cade, LA 70519-0364
511476431     +Speed Wire Inc.,    393 Jericho Turnpike,    Suite 106,    Mineola, New York 11501-1213,
                Attn: John F. Dewoski, Esq.
511372178     +Steve & Ilyce Zolloto,    830 Timber Hill,    Highland Park, IL 60035-5121
511372180     +Steven Bienuena, William Babineaux,    503 Sugar Trace,    Broussard, LA 70518-5167
512211875      TD Auto Finance LLC,    Trustee Payment Dept.,    P.O. Box 9001897,
                Louisville, Kentucky 40290-1897
511372186     +THEODORE CANNON,    65 HAMPTON COURT,    NEWTOWN, PA 18940-9623
511372188     +TIMOTHY DERBIQUE,    540 HIGH STREET,    ORADELL, NJ 07649-2613
511372189      TIMOUR PETROV,    12 1131 HARO ST,    VANCOUVER BC CANADA V6E 1E5,    CANADA,    GOREIGN, ZZ
511699085     +TN Department of Revenue,    c/o TN Atty. General,    Bankruptcy Division,    P.O. Box 20207,
                Nashville, TN 37202-4015
511899920      Texas Comptroller of Public Accounts,    Office of the Attorney General,
                Bankruptcy - Collections Division,    P.O. Box 12548,    Austin, TX 78711-2548
511372185     +The Tennis Shop/Country Club of Jackson,    17 Moss Forest Circle,    Jackson, MS 39211-2906
511449993     +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 4396,
                Timonium, Maryland 21094-4396
511372190     +V. Calvin Womack, Cheryl M. Womack,    410 Ridge Trace,    San Antonio, TX 78258-6923
511372191     +VICTOR COPELLO,    47 PINE LAKE TERRACE,    RIVER VALE, NJ 07675-6474
511984499      Virginia Employment Commission,    P.O.Box 1358-Acct's Rec.-Rm 305-,
                Richmond, Virginia 23218-1358
511372196     +WILLIAM BABINEAUX,    115 WECO LANE,    BROUSSARD, LA 70518-5710
511372197     +WILLIAM C DOMPERT,    415 WINDING LANE,    CALFONT, PA 18914-4435
511372199     +WILLIAM DENNIS WATSON,    420 LANCASTER DRIVE,    LAFAYETTE, LA 70506-9333
511372200     +WILLIAM MALENBAUM,    2149 PRINCETON AVE,    PHILADELPHIA, PA 19149-1328
511372201     +WILLIAM T ANDERSON,    913 BAY AVENUE,    TOMS RIVER, NJ 08753-3633
511372202     +WILLIAM T MILLER,    19332 PENCIL CACTUS DR,    PFLUGERVILLE, TX 78660-5450
511372193     +Warren Gilbert,    1800 NE 114th St., #2110,    Miami, FL 33181-3413
511372194     +William & Jamie Miller,    19332 Pencil Cactus Dr.,    Pflugerville, TX 78660-5450
511372195     +William B. Babineaux,    115 Weco Lane,    Broussard, LA 70518-5710
511372198     +William D. Watson, Pamela A. Watson,    420 Lancaster Drive,    Lafayette, LA 70506-9333
511457514     +Windy City Wire Cable & Technology Products,    c/o Brown and Joseph,
                1701 Golf Rd. Twr 2, Ste 100,    Rolling Meadows, IL 60008-4227
511372082     +joseph r martire,    2331 OLD COURT ROAD # 411,    PIKESVILLE, MD 21208-3429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2011 01:10:08     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
511372172     +E-mail/Text: secbankruptcy@sec.gov Sep 08 2011 01:10:06     SEC Headquarters,    100 F Street NE,
                Washington, DC 20549-2001
511667409     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 08 2011 04:01:52     Verizon Wireless,
                PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Daniel P. Rosenthal
aty           Jay Edmond Russ
cr            Imperial Credit Corp
511636273     American Contractors Indemnity Company
511372006     EDWARD MOLLA & VIVIAN MOLLA JTTEN,    FREIGN,    FOREIGN, ZZ
511372044     JAFE GONZALEZ & CARMEN GONZALEZ JTTEN,    FORIGN,    FOREGN, ZZ
511372113     MATTHEW WADDELL,    UNKNOWN,    UNKNOWN, ZZ
```

```
District/off: 0312-3              User: lbrakel              Page 5 of 5              Date Rcvd: Sep 07, 2011
                                  Form ID: 137               Total Noticed: 261

              ***** BYPASSED RECIPIENTS (continued) *****
511372192       W GEOFFREY MARTIN,    NOT KNOWN,    FOR,   ZZ
511372032*     +Greg Lail, LLC,    1544 Savoy Road,    Youngsville, LA 70592-5900
511372029    ##+GLENDA YOUNG,    P O BOX 24,    YOUNGSVILLE, LA 70592-0024
511372077    ##+JOSEPH A YOUNG,    2918 MELANCON RD,    BROUSSARD, LA 70518-8254
511372177    ##+STACEY YOUNG,    2918 MELANCON RD,    BROUSSARD, LA 70518-8254
511372182    ##+STEVEN GOLDSMITH,    3705 VALENCIA AVE,    SAN BERNADINO, CA 92404-2424
511372187    ##+THOMAS F BETZ,    307 SUMMIT AVE,    LONGHORNE, PA 19047-2217
                                                                                            TOTALS: 8, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                        **Signature:**    _Joseph Speetjens_